157 So. 918

**Evans GODFREY v. STATE.**

1 Div. 174.

Court of Appeals of Alabama.
Nov. 20, 1934.

BRICKEN, Presiding Judge.
Affirmed.

163 So. 906

**John GOODE v. STATE.**

4 Div. 182.

Court of Appeals of Alabama.
Oct. 29, 1935.

BRICKEN, Presiding Judge.
Affirmed.

163 So. 906

**Leon Bill GOODWIN v. STATE.**

6 Div. 875.

Court of Appeals of Alabama.
Oct. 29, 1935.

RICE, Judge.
Affirmed.

155 So. 918

**Gernel GOZA v. STATE.**

7 Div. 997.

Court of Appeals of Alabama.
June 5, 1934.

RICE, Judge.
Appeal dismissed.

157 So. 918

**GRAND LODGE, KNIGHTS OF PYTHIAS, etc., v. Pearl J. BOADLEY et al.**

1 Div. 166.

Court of Appeals of Alabama.
Oct. 16, 1934.

Outlaw & Seale, of Mobile, for appellant.
Inge, Stallworth & Inge, of Mobile, for appellees.

PER CURIAM.
Appeal dismissed by consent of parties.

154 So. 921

**GRAND LODGE KNIGHTS OF PYTHIAS, etc., v. Hassie HARRIS.**

6 Div. 607.

Court of Appeals of Alabama.
April 19, 1934.

PER CURIAM.
Appeal dismissed for want of prosecution.

157 So. 918

**GRAND LODGE, KNIGHTS OF PYTHIAS, etc., v. Will HEFLIN.**

6 Div. 633.

Court of Appeals of Alabama.
Nov. 30, 1934.

PER CURIAM.
Appeal dismissed for want of prosecution.